Chicago Landscape Company, appellee, v. Village of Oak Lawn et al., appellants. Gen. No. 39,228.

Opinion filed October 20, 1937.

W. Otto Wielgorecki, for appellants; Walter F. Briody, of counsel. H. Irving Ripstra, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Joseph Magoc, appellee, v. Albert J. Horan et al., defendants. Appeal of Hugo E. Felde, appellant. Gen. No. 39,276.

Opinion filed October 20, 1937.

Fred Rohde, for appellant; Abraham Miller, of counsel. Sinden & Hassell, for appellee; Clyde C. Fisher, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

People of the State of Illinois ex rel. John S. Rusch, appellee, v. Anna Twohig et al., appellants. Gen. No. 39,350.

Opinion filed October 20, 1937.

John F. Tyrrell, for appellants; Maxfield Weisbrod, of counsel. Thomas J. Courtney, State's Attorney, for appellee; John F. Cashen, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the. court.